

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

HB 20th
47th L
Overruled by 23440

Honorable Tom A. Craven
County Auditor
McLennan County
Waco, Texas

Dear Sir:

Opinion No. 0-2013
Re: Authority of McLennan County
to participate in the U. S.
Government plan of surplus
commodities distribution.

Your recent request for an opinion of this department on the questions as are herein stated has been received.

The questions submitted in your inquiry are as follows:

"(1). Can McLennan County, out of its surplus general fund, or out of any other available funds, deposit its proportionate part of the money to create a revolving fund for the purchase of Food Stamps, under the plan hereinafter outlined, such money to be a part of a revolving fund, which will at the termination of the Food Stamp program be returned intact to McLennan County?

"(2). Can McLennan County, out of its funds, pay its proportionate part of the cost of salary for persons employed to operate the Food Stamp Plan?

"(3). Can McLennan County, out of its funds, pay its proportionate part of the cost of rentals for facilities in which to house the Food Stamp Plan offices?"

Referring to "The Food Stamp Plan" we quote from your letter as follows:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Tom A. Craven, Page 2

"Anew way of distributing surplus foods is being tried out. Instead of giving surplus commodities to States, counties, and cities which in the past have distributed them to people receiving public aid, the Federal Government will give food order stamps to these people directly. The stamps, which will be colored blue, can be taken to grocery stores where they can be used to obtain surplus foods as additions to the present family food supplies.

"Everyone currently receiving surplus commodities will now be eligible to participate in the surplus commodity food stamp plan. In addition, people working on WPA jobs, and all other persons receiving or certified for any form of public aid, can get the stamps if they want them,

"The food stamp plan is being carried out by the Department of Agriculture in cooperation with city, county, and State welfare agencies and the grocers. The idea is to make use of some of the farm products of which there has been a surplus because people did not have the money to buy them. Many families have been going without enough of the foods that are needed to keep children and grown-up people healthy, at the very same time that farmers had more of these foods than housewives could buy.

"The main idea of the food stamp plan is the same as the idea of the commodity distribution that people are familiar with -- to use part of the farm surplus to give city families a chance to have better balanced diets. However, the stamp plan is different from the old distribution plan as it operated.

"If this plan is adopted in McLennan County, in the future, there will not be any surplus commodity depots. The Department of Agriculture will name the surplus food products. People using the stamps can go right to the grocery stores that are cooperating in the program and use the surplus food order stamps to get any of these surplus commodities that they want. People using the stamps will have a wider variety of surplus commodities to choose from than they had at the distribution depot.

"Two methods of distributing the surplus
food order stamps will be used.  One group, in-
cluding those who are at work on WPA projects
and those who are receiving, or certified as eli-
gible to receive, public assistance, aid to the
dependent children, and aid to the blind, will be
eligible to get the free blue surplus stamps if
they buy orange colored food order stamps, with
part of their WPA or assistance payments. These
orange colored stamps, which will be good for the
purchase of any food usually sold in a grocery
store, are to be bought at the rate of approxi-
mately $1 a week per person for each member of
the family.

"For each two weeks pay period, therefore,
the eligible person would have to purchase orange
colored stamps at the rate of $2 per member of
his family.  Their use is to insure that regular
food purchases are kept ut, so that food secured
with the blue surplus stamps will be in addition
to and not in place of these regular purchases.
One blue surplus stamp will be given free with
each two orange stamps bought.  Each stamp, whether
blue or orange, will be good for 25 cents worth of
food.  For each $1 worth of orange stamps bought,
the family will receive 50 cents worth of free blue
stamps.  For example, a family which buys $8 worth
of orange stamps will get $4 worth of blue surplus
stamps without extra cost.

Section 1 of Article 2372e-2, Vernon's Annotated
Civil Statutes, reads:

"The County Commissioners Courts and the
City Commission of any incorporated town or city
of this State are hereby authorized to lease,
rent, or provide office space for the purpose of
aiding and cooperating with the agencies of the
State and Federal Governments engaged in the ad-
ministration of relief to the unemployed or needy
people of the State of Texas, and to pay the reg-
ular monthly utility bills for such offices, such
as lights, gas, and water; and when in the opin-
ion of a majority of a Commissioners Court of a
county such office space is essential to the prop-
er administration of such agencies of either the
State or Federal Governments, said Court is hereby
specifically authorized to pay for same and for
the regular monthly utility bills for such offices

Honorable Tom A. Craven, Page 4


out of the County's General Fund by warrants as
in the payment of such other obligations of the
county."

We quote from Texas Jurisprudence, Volume 11, pp.
564 and 565, as follows:

"Commissioners' courts are courts of limit-
ed jurisdiction, in that their authority extends
only to matters pertaining to the general welfare
of their respective counties and that their powers
are only those expressly or impliedly conferred
upon them by law, -- that is, by the constitution
and statutes of the state." See the cases of Sun
Vapor Electric Light Co. v. Keenan, 30 S. W. 868;
Hill County v. Hamilton, 273 S. W. 292; Seward v.
Falls County, 246 S. W. 728.

We quote from the case of Commissioners' Court
v. Wallace, 15 S. W. (2d) 535, as follows:

"The Commissioners Court is a creature of the
State Constitution and its powers are limited and
controlled by the Constitution and the laws as
passed by the Legislature."

We are unable to find any authority that expressly
or impliedly authorizes the Commissioners' Court to do any
thing mentioned in your first two questions. Therefore your
questions 1 and 2 are respectfully answered in the negative.

Article 2372e-2, supra, specifically authorizes
the county commissioners' court to lease, rent, or provide
office space for the purpose of aid and cooperating with
the agencies of the State and Federal Governments engaged
in the administration of relief to the unemployed or needy
people of this State and to pay the regular monthly utility
bills for such offices, such as lights, gas, and water; when
in the opinion of a majority of the commissioners of said
court of the county such office space is essential to the
proper administration of such agencies of either the State
or Federal Governments. As we understand the facts stated
in your inquiry "The Food Stamp Plan" is operated under the
supervision of the Federal Government. Therefore your third
question is answered in the affirmative.

Honorable Tom A. Craven, Page 5


      Trusting that the foregoing fully answers your inquiries, we remain

                  Yours very truly

            ATTORNEY GENERAL OF TEXAS

      By     *Ardell Williams*

               Ardell Williams
                    Assistant

AW:LM


APPROVED MAR 12, 1940

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS

